# Court of Appeals
# of the State of Georgia

ATLANTA,___October 03, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15A0241.  KEVIN BROYARD v. THE STATE.**

A jury found Kevin Broyard guilty of armed robbery, aggravated assault, and fleeing/attempting to elude a police officer, and we affirmed his convictions on appeal.  See *Broyard v. State*, 325 Ga. App. 794 (755 SE2d 36) (2014). Broyard subsequently filed an extraordinary motion for new trial, which the trial court denied on June 27, 2014.  Broyard then filed this direct appeal.  However, an order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). We thus lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_____10/03/2014_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*